**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE DINO D. DIEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CASE NO. 18cv0156 DMS (WVG)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

On January 23, 2018, Plaintiff Jose Diez filed a Complaint for Judicial Review of Final Administrative Decision of the Commissioner of Social Security. The parties filed cross-motions for summary judgment, and on August 19, 2019, Magistrate Judge William V. Gallo issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff's motion and grant Defendants' motion. No party has filed objections to the R&R, and the time for doing so has expired.

This Court, having reviewed *de novo* the Magistrate Judge's R&R, adopts the Magistrate Judge's recommendation in full and **DENIES** Plaintiff's motion for

/ / /

/ / /

/ / /

/ / /

1  summary judgment and **GRANTS** Defendant's motion for summary judgment.  The

2  Clerk of Court shall enter judgment accordingly, and terminate this case.

3      **IT IS SO ORDERED**.

4  DATED:  September 9, 2019

5  _____

6  HON. DANA M. SABRAW
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

18cv0156